The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVAR ESPINO-CHACON,<br><br>Defendant. | NO. CR13-5401 BHS<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

(a) $2,726.00 in United States currency, more or less, seized from Bolivar Espino-Chacon at the time of his arrest.

On February 10, 2014, this Court entered a Preliminary Order of Forfeiture, Docket Entry No. 55, in the above-captioned case forfeiting defendant Bolivar Espino-Chacon's interest in the above described property.

The above-referenced property is subject to forfeiture pursuant to Title 21, United States Code, Section 853, based on Bolivar Espino-Chacon's guilty plea to Conspiracy to Distribute Heroin, as charged in Count 1 of the Indictment, Docket No. 19, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, and his agreement to forfeit the above described property.

FINAL ORDER OF FORFEITURE
*U.S. v. Bolivar Espino-Chacon, et al.* (Case No. CR13-5401BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Pursuant to Title 21, United States Code, Section 853(n), the United States
2  published notice on an official government forfeiture website, currently
3  www.forfeiture.gov for thirty (30) days beginning February 15, 2014.  In the publication
4  the United States published notice of the Preliminary Order of Forfeiture and the intent of
5  the United States to dispose of the property in accordance with law.  This notice further
6  stated that any person other than the defendant having or claiming an interest in the
7  property was required to file a petition with the Court within sixty (60) days of the first
8  date of publication, setting forth the nature of the petitioner's right, title, and interest in
9  the property.

10  All persons and entities believed to have an interest in the property subject to
11  forfeiture were given proper notice of the intended forfeiture.

12  No other petitioners have come forward to assert an interest in the forfeited
13  property, and the time for doing so has expired.

14  Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following
15  property is hereby fully and finally condemned and forfeited to the United States in its
16  entirety:

17  (a)  $2,726.00 in United States currency, more or less, seized from Bolivar
18       Espino-Chacon at the time of his arrest.

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

FINAL ORDER OF FORFEITURE
*U.S. v. Bolivar Espino-Chacon, et al.* (Case No. CR13-5401BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or
2   interest in the above-described property shall exist in any other party.  The United States
3   Marshals Service is authorized to dispose of the above-listed property in accordance with
4   the law.

    DATED this 27th day of October, 2014.

    _____
    BENJAMIN H. SETTLE
    United States District Judge

Presented by:

s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Matthew.H.Thomas@usdoj.gov

FINAL ORDER OF FORFEITURE
*U.S. v. Bolivar Espino-Chacon, et al.* (Case No. CR13-5401BHS) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800